UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GUILLERMO PENA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00228 |
| | § | |
| WAYPOINT MARINE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING AMENDED
### MEMORANDUM AND RECOMMENDATION

On January 25, 2023, United States Magistrate Judge Julie K. Hampton issued her "Amended Memorandum and Recommendation" (M&R, D.E. 15), recommending that the Court deny Defendant Uflex USA, Inc.'s motion to dismiss for lack of personal jurisdiction. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 15), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, Defendant Uflex USA, Inc.'s Motion to Dismiss (D.E. 3) is **DENIED**.

ORDERED on February 24, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE