United States District Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GUILLERMO PENA, § § Plaintiff, § § VS. § WAYPOINT MARINE, INC., *et al.*, § § Defendants. § | CIVIL ACTION NO. 2:22-CV-00228 |

## FINAL JUDGMENT

Pursuant to the "Parties['] Stipulation of Dismissal With Prejudice" (D.E. 32), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 25, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE